## Commonwealth of Pennsylvania, Department of Forests & Waters, Appellant, *v.* Northampton Township.

Argued May 4, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert J. Trace,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellant.

*E. Dillwyn Darlington,* for appellees.

*Peter A. Glascott,* County Solicitor, for Board of Assessment and Revision of Taxes, appellee.

Opinion Per Curiam, October 9, 1970:

Since we were informed at oral argument that the Commonwealth has agreed to and has made payments to the taxing authorities in lieu of taxes, and since the authorities express satisfaction with this arrangement, this appeal is now moot and the appeal is, therefore, dismissed.